This appeal is upon the record proper, there being no bill of exceptions. An examination of the record discloses that the proceedings were regular in all respects. No error appearing, the judgment appealed from is affirmed. Affirmed.

---

(95 South. 926)

SMITH v. STATE. (5 Div. 396.) (Court of Appeals of Alabama. April 10, 1923.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Frank M. de Graffenried, of Seale, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Reversed and remanded, on authority of Hall v. State (Ala. App., 5 Div. 427) ante, p. 178, 95 South. 904.

---

(95 South. 926)

SMITH v. STATE. (5 Div. 430.) (Court of Appeals of Alabama. April 17, 1923.) Appeal from Circuit Court, Lee County; S. L. BREWER, Judge.

SAMFORD, J. Appeal dismissed.

---

(98 South. 926)

Jack SMITH v. STATE. (7 Div. 949.) (Court of Appeals of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Talledega County; A. P. Agee, Judge. Prosecution for violating prohibition law.

SAMFORD, J. Affirmed.

---

(99 South. 926)

Comer SMITH v. STATE. (8 Div. 149.) (Court of Appeals of Alabama. Feb. 12, 1924.) Appeal from Circuit Court, Lauderdale County; Chas. P. Almon, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.

---

(96 South. 942)

SMITH v. TOWN OF ECLECTIC. (5 Div. 444.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Elmore County; B. K. McMorris, Judge. See, also, 18 Ala. App. 329, 92 South. 212.

SAMFORD, J. Appeal dismissed.

---

(94 South. 927)

SNOW v. STATE. (1 Div. 464.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

BRICKEN, P. J. Appeal dismissed on motion of the state.

---

(95 South. 927)

SOUTHERN RY. CO. v. TERRY. (8 Div. 3.) (Court of Appeals of Alabama. Feb. 6, 1923.) Appeal from Circuit Court, Morgan County; Robert C. Brickell, Judge. S. A. Lynne, of Decatur, for appellant. Callahan & Harris, of Decatur, for appellee.

BRICKEN, P. J. Appeal dismissed by agreement.

---

(99 South. 926)

J. W. SPARKS v. W. A. JOLLEY, Ex'r, etc. (8 Div. 136.) (Court of Appeals of Alabama. Feb. 12, 1924.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge. Street & Bradford, of Guntersville, for appellee.

BRICKEN, P. J. U. S. Jolley, plaintiff in the court below, obtained judgment against J. W. Sparks in the Albertville division of the Marshall circuit court, on January 11, 1922, from which judgment Sparks, the defendant, appealed to this court. Pending the appeal here, it was made known to the court that appellee, U. S. Jolley, had died, and motion was made on June 21, 1923, to revive in the name of W. A. Jolley and J. A. Jolley as executors of the estate of U. S. Jolley, deceased. The motion is granted, and the cause revived as prayed. The appeal here is upon certificate only, and upon motion of appellee submitted here on February 5, 1924, to affirm on certificate. The motion is granted, and the judgment appealed from is affirmed. Affirmed.

---

(99 South. 927)

Alf SPARKS v. STATE. (8 Div. 76.) (Court of Appeals of Alabama. Feb. 12, 1924.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge. Violation of prohibition law.

FOSTER, J. Appeal dismissed.

---

(95 South. 927)

STACEY v. STATE. (6 Div. 252.) (Court of Appeals of Alabama, April 10, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

---

(95 South. 927)

STANLEY v. MAY et al. (1 Div. 483.) (Court of Appeals of Alabama. April 5, 1923.) Appeal from Circuit Court, Washington County; Ben D. Turner, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(97 South. 925)

STATE of Alabama and Coffee County v. W. M. BAILEY. (4 Div. 836.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

BRICKEN, P. J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

---

(97 South. 925)

STATE of Alabama and Coffee County v. W. F. CLARK. (4 Div. 832.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.